# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

**FILED**

MARY E. FENNELL,  )
)
Plaintiff  )
)
v.  )   No. 94-048-S
)
DONNA E. SHALALA,  )
)
Defendant  )

FEB 16 1995

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

By: _____ Deputy Clerk

## ORDER

On December 20, 1994, the United States Magistrate/Judge for this District filed Findings and Recommendations in this case. This court finds that no exceptions or objections to those Findings and Recommendations have been filed, and that the time for filing such exceptions or objections has expired.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate/Judge be adopted by this Court as this Court's Findings and Order.

IT IS SO ORDERED this _____16_____ day of February, 1995.

FRANK H. SEAY
United States District Judge